IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | 2:05-MC-00495-WBS-GGH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GEORGE KEMP CLARK, JR., | ) ) | ORDER OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION (Voluntary) |
| Defendant and Judgment Debtor. | ) ) ) | |
| STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT, | ) ) ) ) | |
| Garnishee. | ) ) | |

Pursuant to the Stipulation For Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT shall withhold and remit to the United States Attorney $250.00 every month, until the total amount of $24,000.00 has been paid.

IT IS FURTHER ORDERED that during the period of this garnishment, once the total amount of $24,000.00 has been paid to the United States Attorney, this garnishment will terminate.

DATED: January 19, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1